UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
OCT 01 2003
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY
DEPUTY CLERK

ANTOINETTE PITTS, as Next Friend for
ROBERT W. PITTS, a minor child
Plaintiffs,

V. CIVIL # SA-03-CA-457-FB

TEXAS YOUTH COMMISSION, ET AL,
Defendants.

## CLERK'S ENTRY OF DEFAULT

It appearing from the records in the above entitled action that summons issued on the Plaintiff's Original Complaint, have been served upon the Defendant named below, and it further appearing from the affidavit of counsel for plaintiff that defendant has failed to plead or otherwise defend in said action, as directed in said summons and as provided in the Federal Rules of Civil Procedure.

Now, therefore, on request of counsel for Plaintiff, the default of the following named defendant is hereby entered

JAMES ORTEGA.

SIGNED and ENTERED this 1st day of October, 2003.

WILLIAM G. PUTNICKI, CLERK
UNITED STATES DISTRICT COURT

By: Carol West
Deputy Clerk

7.